**UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**

| | |
|---|---|
| A.S., a minor by and through his parents M.S. and T.S.,<br><br>Plaintiffs - Appellants,<br><br>vs.<br><br>SHORELINE SCHOOL DISTRICT,<br><br>Defendant - Appellee. | No.: 25-4739<br><br>D.C. No.<br>2:24-cv-01360-KKE<br>Western District Court of Washington, Seattle<br><br>**NOTICE OF UNAVAILABILITY OF PLAINTIFFS/APPELLANTS' COUNSEL RYAN FORD** |

TO: The Clerk of the Court

AND TO: Defendant/Appellee and its Attorneys of Record.

PLEASE TAKE NOTICE that attorney or record, Ryan P. Ford of Cedar Law LLP, will be absent and unavailable during the dates provided below and will not be available for service of documents, response to service of documents, or participation in any hearings, depositions, or other proceedings in this matter



**CEDAR LAW LLP**
600 1st Ave., Ste. 330, PMB 96563
Seattle, WA, 98104
T (206) 607-8277 | F (206) 237-9101
ryan@cedarlawllp.com

scheduled on said days, and requests that no matters be scheduled requiring a response in person or by pleading during this time.

- June 29, 2026, through July 3, 2026
- August 12 through 21, 2026

This Notice of Unavailability is not being submitted in any way to cause unnecessary delay in this matter.

DATED this 8th day of June 2026.

**CEDAR LAW LLP**

Ryan P. Ford, WSBA No. 50628
*Attorney for Plaintiff/Appellant*



**CEDAR LAW LLP**
600 1st Ave., Ste. 330, PMB 96563
Seattle, WA, 98104
T (206) 607-8277 | F (206) 237-9101
ryan@cedarlawllp.com